UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-30900 |
|---|---|
| ERIC CHRISTIAN HISER | (Chapter 13) |
| SHERRY JO HISER | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 20 | VECTREN ENERGY DELIVERY<br>SHARON ARMSTRONG<br>BOX 209<br>EVANSVILLE, IN  47702 | 60.37 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service 05-30900

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| ERIC CHRISTIAN HISER | RANDAL A HARVEY | (33.1n) |
| SHERRY JO HISER | 9 W WATER ST | NEW FALLS CORPORATION |
| 703 SOUTH SUNSET DRIVE | TROY, OH  45373 | 100 NORTH CENTER ST |
| PIQUA, OH  45356 | | NEWTON FALLS, OH  44444 |

(20.1)
VECTREN ENERGY DELIVERY
SHARON ARMSTRONG
BOX 209
EVANSVILLE, IN  47702

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs